**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,               ) | CR 02-522-1 PCT-RCB |
|                         Plaintiff,      ) | ORDER |
|                                          ) | REVOKING SUPERVISED RELEASE |
| vs.                                      ) | |
| Jason Maloney,                           ) | |
|                         Defendant.       ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition #3 paragraphs A1 and A2 of the petition,

The Court finds pursuant to §7B1.3(e), the Court may convert up to 11 months that of the unserved portion of the 12-month term of community confinement at Recovery Homes. The Court has considered the factors set forth in 18 U.S.C. § 3553, the U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report and the supplemental report dated February 7, 2011. Based on the information presented, the Court finds the violation constitutes a significant breach of the Court's trust and warrants a sentence above the Chapter 7 policy statements.

1  IT IS ORDERED revoking the defendant's supervised release and the defendant, Jason Maloney, shall be committed to the custody of the Bureau of Prisons for a term of **SIXTEEN (16) MONTHS** on violation A1 and A2 and Count 1 and Count 3 to be served concurrently, with no supervised release to follow.

IT IS FURTHER ORDERED the balance of $615. in restitution and the $50. special assessment totaling $665. is due and payable.

IT IS FURTHER ORDERED **dismissing** allegations B, C, D and E of the petition**.**

The defendant is remanded into the custody of the United States Marshal's Service.

The defendant is advised of his right to appeal within 14 days.

DATED this 14th day of February, 2011.

_____
Robert C. Broomfield
Senior United States District Judge